**Jennifer J. Middleton**, OSB No. 071510
jmiddleton@justicelawyers.com
**Caitlin V. Mitchell**, OSB No. 123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: 541-484-2434
Fax: 541-484-0882
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MELINDA GITNES**,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**NORTHWEST HOSPICE, LLC, dba Signature at Home-Signature Eugene Hospice; Dr. Tarek Nashawi,**<br><br>　　　　　　　Defendants. | Case No.: 6:21-cv-01603<br><br>**JOINT ADR REPORT** |

　　　The parties mediated this dispute on May 9, 2023. The case has settled. A stipulated dismissal will be filed in the coming weeks.

///

PAGE 1-Joint ADR Report

| | |
|---|---|
| **BUCKLEY LAW P.C.** | **Johnson Johnson Lucas & Middleton, PC** |
| /s/William Gaar | /s/Jennifer Middleton |
| WILLIAM E. GAAR, OSB No.890464 | Jennifer Middleton, OSB No. 071510 |
| weg@buckley-law.com | jmiddleton@justicelawyers.com |
| JILLIAN POLLOCK, OSB No.072494 | Caitlin Mitchell, OSB No. 123964 |
| jp@buckley-law.com | cmitchell@justicelawyers.com |
| 5300 Meadows Road, Ste. 200 | 975 Oak Street, Ste 1050 |
| Lake Oswego, OR 97035 | Eugene, OR 97401 |
| Phone: 503-620-8900 | Phone: 541-484-2434 |
| Fax: 503-620-4878 | Fax: 541-484-0882 |
| Attorneys for Defendant Northwest Hospice | Attorneys for Plaintiff |
| DATED: 5/16/23 | DATED: 5/16/23 |

**HUTCHINSON COX**

/s/Laura Montgomery
LAURA MONTGOMERY, OSB No. 934665
Hutchinson Cox
940 Willamette Street, Suite 400
Eugene, OR 97401
Phone: 541-686-9160
**lmontgomery@eugenelaw.com**
Attorney for Defendant Dr. Tarek Nashawi

DATED: 5/16/23

# CERTIFICATE OF SERVICE

I certify that on May 16, 2023, a true copy of the **JOINT ADR REPORT** was served as indicated below:

| | |
|---|---|
| WILLIAM E. GAAR, OSB No.890464 | [ ] U.S. Mail |
| weg@buckley-law.com | [x] Electronic Filing |
| JILLIAN POLLOCK, OSB No.072494 | [ ] Email |
| jp@buckley-law.com | [ ] Fax |
| BUCKLEY LAW P.C. | |
| 5300 Meadows Road, Ste. 200 | |
| Lake Oswego, OR 97035 | |
| Phone: 503-620-8900 | |
| Fax: 503-620-4878 | |
| Attorneys for Defendant Northwest Hospice | |

| | |
|---|---|
| LAURA MONTGOMERY, OSB No. 934665 | [ ] U.S. Mail |
| Hutchinson Cox | [x] Electronic Filing |
| 940 Willamette Street, Suite 400 | [ ] Email |
| Eugene, OR 97401 | [ ] Fax |
| Phone: 541-686-9160 | |
| **lmontgomery@eugenelaw.com** | |
| Attorney for Defendant Dr. Tarek Nashawi | |

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

*/s/ Jaclyn Hayes*

Jaclyn R. Hayes, Legal Assistant
541/484-2434
541/484-0882 fax
jhayes@justicelawyers.com

cc: Julie Taylor, Legal Assistant
jtaylor@eugenelaw.com
Kristy Carlton, Legal Assistant
kec@buckley-law.com

PAGE 1-Certificate of Service