**Jennifer J. Middleton**, OSB No. 071510
jmiddleton@justicelawyers.com
**Caitlin V. Mitchell**, OSB No. 123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: 541-484-2434
Fax: 541-484-0882
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MELINDA GITNES**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**NORTHWEST HOSPICE, LLC, dba Signature at Home-Signature Eugene Hospice; Dr. Tarek Nashawi,**<br><br>　　　　　Defendants. | Case No.: 6:21-cv-01603<br><br>**STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby dismiss all

///


///


///

PAGE 1-STIPULATION OF DISMISSAL

claims asserted in this litigation with prejudice. Each party shall bear its own costs, expenses, and fees.

| | |
|---|---|
| **BUCKLEY LAW P.C.** | **Johnson_Johnson_Lucas & Middleton, PC** |
| /s/William Gaar | /s/Jennifer Middleton |
| WILLIAM E. GAAR, OSB No.890464 | Jennifer Middleton, OSB No. 071510 |
| weg@buckley-law.com | jmiddleton@justicelawyers.com |
| JILLIAN POLLOCK, OSB No.072494 | Caitlin Mitchell, OSB No. 123964 |
| jp@buckley-law.com | cmitchell@justicelawyers.com |
| 5300 Meadows Road, Ste. 200 | 975 Oak Street, Ste 1050 |
| Lake Oswego, OR 97035 | Eugene, OR 97401 |
| Phone: 503-620-8900 | Phone: 541-484-2434 |
| Fax: 503-620-4878 | Fax: 541-484-0882 |
| Attorneys for Defendant Northwest Hospice | Attorneys for Plaintiff |
| DATED: 5/31/23 | DATED: 5/31/23 |

**HUTCHINSON COX**

/s/Laura Montgomery

LAURA MONTGOMERY, OSB No. 934665
940 Willamette Street, Suite 400
Eugene, OR 97401
Phone: 541-686-9160
lmontgomery@eugenelaw.com
Attorney for Defendant Dr. Tarek Nashawi

DATED: 6/2/23

## CERTIFICATE OF SERVICE

I certify that on June 2, 2023, a true copy of the **STIPULATION OF DISMISSAL** was served as indicated below:

| | |
|---|---|
| WILLIAM E. GAAR, OSB No.890464<br>weg@buckley-law.com<br>JILLIAN POLLOCK, OSB No.072494<br>jp@buckley-law.com<br>BUCKLEY LAW P.C.<br>5300 Meadows Road, Ste. 200<br>Lake Oswego, OR 97035<br>Phone: 503-620-8900<br>Fax: 503-620-4878<br>Attorneys for Defendant Northwest Hospice | [ ] U.S Mail<br>[x] Electronic Filing<br>[ ] Email<br>[ ] Fax |
| LAURA MONTGOMERY, OSB No. 934665<br>Hutchinson Cox<br>940 Willamette Street, Suite 400<br>Eugene, OR 97401<br>Phone: 541-686-9160<br>lmontgomery@eugenelaw.com<br>Attorney for Defendant Dr. Tarek Nashawi | [ ] U.S. Mail<br>[x] Electronic Filing<br>[ ] Email<br>[ ] Fax |

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

*/s/ Jaclyn Hays*

Jaclyn R. Hayes, Legal Assistant
541/484-2434
541/484-0882 fax
jhayes@justicelawyers.com